UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALONZO PRICE-HOLT, | ) No. |
| | ) |
| Plaintiff, | ) COMPLAINT FOR DAMAGES |
| | ) |
| v. | ) |
| ZSOLT DORNAY AND JESSE THOMAS, THE | ) |
| SEATTLE POLICE DEPARTMENT AND THE | ) |
| CITY OF SEATTLE, and CHIEF | ) |
| KATHLEEN O'TOOLE | ) |
| | ) |
| Defendants. | |

## I. NATURE OF ACTION

1.1   Introduction.  This is a civil rights action brought by
Plaintiff  pursuant to 42 U.S.C. Sec. 1983 and the Fourth and
Fourteenth Amendments against the Defendant police officers and
their marital community.  This case arises from claims of
assault, excessive force, false arrest, the tort of outrage and
negligence.

JAMES BIBLE LAW GROUP
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675

**II.   PARTIES**

2.1   <u>Plaintiff Alanzo Priceholt</u> Alanzo Price-Holt is a resident of King County, Washington.

2.2   <u>Defendants Zsolt Dornay</u>.  Defendants Seattle Police Department(SPD)  Zsolt Dornay : and Jane Doe whose true name is unknown are husband and wife and comprise a marital community under the laws of the State of Washington.  At all times relevant Zsolt Dornay was employed as law enforcement by the Seattle Police Department and was acting within the course and scope of his employment with the City of Seattle and under color of law. All of Zsolt Dornay acts alleged herein were taken by for themselves, and by and for the benefit of the City of Seattle and his marital community.

2.3   <u>Defendant Jessie Thomas</u>

Defendants Seattle Police Department(SPD) Jessie Thomas : and Jane Doe whose true name is unknown are husband and wife and comprise a marital community under the laws of the State of Washington.  At all times relevant Jessie Thomas was employed as law enforcement by the Seattle Police Department and was acting within the course and scope of their employment with the City of Seattle and under color of law. All of Jessie Thomas's acts alleged herein were taken by themselves, and for the benefit for the City of Seattle and his marital community.

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675

2.4   <u>Defendant Seattle Police Department</u>:   Defendant Seattle Police
      Department (SPD) is responsible for training and supervision of
      the officers; it's employees.   All the police officers listed
      in this case were employed by the Seattle Police Department at
      all times relevant to this case.

2.5   <u>Defendant City of Seattle</u>.   Defendant City of Seattle (City)
      is responsible for the actions and activities of employees of
      the Seattle Police Department when SPD employees are acting
      within the course and scope of their employment.

2.6   <u>Defendant Kathleen O'Toole.</u>   Defendant Kathleen O'Toole is the
      current Seattle Police Chief.   Chief O'Toole was at all times
      relevant to this case responsible for the training and
      supervision of Seattle Police Officers.   Additionally, Chief
      O'Toole is a primary policy maker for the Seattle Police
      Department and has control over the implementation of formal
      policies and customs of the Seattle Police Department.

**III.  JURISDICTION AND VENUE**

3.1   <u>Jurisdiction</u>.   Jurisdiction in this Court is based on the
      existence of a federal question pursuant to 28 U.S.C. Section §
      1331 and 1343, in that Plaintiff assert claims for deprivation

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675

of civil rights under 42 U.S.C. § 1983 for violation of the Fourth Amendments to the United States Constitution.

3.2  Venue. Venue for this action is appropriate in this Court because the events giving rise to the claims asserted herein occurred in the Seattle Division of this district and because the plaintiff and defendants reside in this district.

**IV.   FACTS**

4.1  On September 13, 2015 Alonzo Price-Holt was at his apartment when he had a verbal disagreement involving his neighbor.

4.2  Seattle Police Officer's Dornay and Thomas arrived at the scene of the disagreement between Alonzo Price Holt and his neighbor.

4.3  After contacting Mr. Price-Holt and his neighbor, both officers found no probable cause to make an arrest of either party.

4.4  The Officers later decided that there was a misdemeanor warrant out for the arrest of Alonzo Price-Holt.

4.5  Without any explanation or warning, Mr. Price-Holt was Physically taken to the ground by the defendant Officers. He landed on his chest and face. Mr. Price-Holt felt immediate pain and was terrified by the actions of the officers. Mr. Price-Holt had no idea why the police had done this to him.

4.7  Mr. Price-Holt was being compliant with the officers at the time that they took him down to the ground.

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675

4.9    After being taken down to the ground, Mr. Price-Holt was then

handcuffed.

4.10   While being handcuffed, Mr. Price-Holt was subjected to an

unauthorized technique which places strain on the wrists and

shoulders. This strain was compounded due to how tightly the

handcuffs where placed on Mr.Price-Holt.

4.7    Mr.Price-Holt was then taken to the West Precinct of the

Seattle Police Department.

4.8    Once at the West Precinct, Mr. Price-Holt was subjected to

further humiliation when his glasses where forcibly removed

from his face by Officer Thomas and thrown to the ground

causing them to break. Mr. Price-Holt is reliant on his

glasses.

4.8    While in the holding cell Alonzo Price-Holt was physically

assaulted by Officers Dornay and Thomas while Mr. Price-Holt's

hands were handcuffed behind his back. Once again, the

Officer's took Mr. Price-Holt to the ground.

4.9    As a result of this incident, Alanzo Price-Holt has suffered

significant emotional and physical trauma.

4.10   The portion of this incident that occurred at the West Precinct

was recorded.

4.11   Base upon the false representations of the Defendant officers

in this case, Mr. Price-Holt was charged with a felony assault

in King County Superior Court.

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675

4.12 Alonzo Price-Holt had to attend several court dates over a period of months before the case was ultimately dismissed by the King County Superior Court.

4.13 The case involving the claimed misdemeanor warrant was also dismissed.

**V. CAUSES OF ACTION**

5.1 <u>First Cause of Action</u>.  The City of Seattle and Seattle Police Department Officer Zsolt Dornay and Jessie Thomas, are liable to the plaintiff for the tort of assault.

5.2 <u>Second Cause of Action.</u>  The City of Seattle and Officers Jessie Thomas and Zsolt Dornay are liable to the plaintiff for using excessive force against Alonzo Priceholt.

5.3 <u>Third Cause of Action.</u>  The City of Seattle and the defendant officers are liable to plaintiff for false arrest.

5.3 <u>Fourth Cause of Action.</u>  The City of Seattle and Officer Zsolt Dornay and Officer Jessie Thomas are liable to the plaintiff for the tort of outrage.

5.5 <u>Fifth Cause of Action.</u>  <u>The City of Seattle is liable to the plaintiff for violation of the plaintiff's civil rights under 42 USC Sec.</u> 1983.

5.6 <u>Sixth Cause of Action.</u>  The City of Seattle and the defendants in this case are liable to the plaintiff for negligence.

COMPLAINT FOR DAMAGES
Page 6 of 7

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675

**VI.REQUEST FOR JURY DEMAND**

The plaintiff, Alonso Price-Holt, formally demands his right for his case to be heard by a jury.

WHEREFORE, Plaintiff pray for the following relief:

1. Damages and punitive damages in an amount to be proven at trial. Plaintiff seeks punitive damages against all defendants;

2. For reasonable attorney's fees and costs; and

3. For such other and further relief as the Court deems just and equitable.

Dated this 8th day of September 2017,

*James Bible*

James Bible, WSBA # 33985
Attorney for Plaintiff

COMPLAINT FOR DAMAGES
Page 7 of 7

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675