The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALONZO PRICE-HOLT,<br><br>                 Plaintiff,<br><br>vs.<br><br>ZSOLT DORNAY, JESSE THOMAS, THE SEATTLE POLICE DEPARTMENT, THE CITY OF SEATTLE AND CHIEF KATHLEEN O'TOOLE,<br><br>                 Defendants. | No.  2:17-CV-01357-JLR<br><br>STIPULATION TO DISMISS SEATTLE POLICE DEPARTMENT, CHIEF KATHLEEN O'TOOLE, OFFICER ZSOLT DORNAY, AND OFFICER JESSE THOMAS WITH PREJUDICE AND ORDER TO DISMISS |

The parties hereby stipulate, as evidenced by the signatures below of their respective attorneys of record, that the Seattle Police Department, Chief Kathleen O'Toole, Officer Zsolt Dornay, and Officer Jesse Thomas, shall be DISMISSED from this case WITH PREJUDICE AND WITHOUT JUDGMENT.

//

//

//

//

STIPULATION TO DISMISS SEATTLE POLICE DEPARTMENT, CHIEF KATHLEEN O'TOOLE, OFFICER ZSOLT DORNAY, AND OFFICER JESSE THOMAS WITH PREJUDICE AND ORDER TO DISMISS
(2:17-CV-01357-JLR) - 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

DATED: 11/02/2018

*s/ Brenda Bannon*
Brenda Bannon
Attorney for Defendant Dornay

DATED: 11/02/2018

*s/ Ghazal Sharifi*
Ghazal Sharifi
Attorney for Defendants Thomas and the City of Seattle

DATED: 11/02/2018

*s/ Jesse Valdez*
Jesse Valdez
Attorney for Plaintiff

STIPULATION TO DISMISS SEATTLE POLICE DEPARTMENT, CHIEF KATHLEEN O'TOOLE, OFFICER ZSOLT DORNAY, AND OFFICER JESSE THOMAS WITH PREJUDICE AND ORDER TO DISMISS
(2:17-CV-01357-JLR) - 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

# ORDER

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and the court being fully advised in the premises, now, therefore, it is hereby, ORDERED, ADJUDGED AND DECREED that the Seattle Police Department, Chief Kathleen O'Toole, Officer Zsolt Dornay, and Officer Jesse Thomas, are DISMISSED from this action WITH PREJUDICE AND WITHOUT JUDGMENT.

DONE this 5th day of November, 2018.

_____
HONORABLE JAMES L. ROBART

Presented by:
PETER S. HOLMES
Seattle City Attorney

By:   *s/ Ghazal Sharifi*
      Ghazal Sharifi, WSBA #47750
      *Attorneys for Defendants City of Seattle
      And Officer Jesse Thomas*

Copy Received; Approved For Entry;
Notice of Presentation Waived:

**Attorneys for Plaintiff:**

*s/   Jesse Thomas*
Jesse Valdez, WSBA #35378

**Attorney for Defendant Dornay**

*s/ Brenda Bannon*
Brenda Bannon, WSBA #17962

STIPULATION TO DISMISS SEATTLE POLICE DEPARTMENT, CHIEF KATHLEEN O'TOOLE, OFFICER ZSOLT DORNAY, AND OFFICER JESSE THOMAS WITH PREJUDICE AND ORDER TO DISMISS
(2:17-CV-01357-JLR) - 3

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200