# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALANZO PRICE-HOLT,<br><br>    Plaintiff,<br><br> v.<br><br>ZSOLT DORNAY, et al.,<br><br>    Defendants. | AMENDED JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C17-1357JLR |

\_\_\_ **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered against Defendant City of Seattle in the amount of $100,001.00, plus attorneys' fees in the amount of $58,989.00. (Offer (Dkt. # 20); Order (Dkt. # 28).)

Filed this 28th day of February, 2019.

            WILLIAM M. MCCOOL
            Clerk of Court

            s/ Ashleigh Drecktrah
            Deputy Clerk